# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Antoinette Bufford<br>    Debtor<br><br>MIDFIRST BANK, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Antoinette Bufford<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-10106 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about February 22, 2018 Document No. 16.

        Respectfully submitted,

        **/s/Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        kmcdonald@kmllawgroup.com
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

July 13, 2018