IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                    :    CHAPTER 13
                          :
Antoinette Bufford        :    No. 18-10106-AMC
     Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on October 22, 2018, on the Chapter 13 Standing Trustee, William C. Miller by electronic mail, and upon the following secured creditors by first class mail:

Educational Credit Management Corporation
P.O. Box 16408
Saint Paul, MN 55116-0408

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

LVNV Funding, LLC its successors and assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pinnacle Credit Services, LLC its successors and
assigns as assignee of SKEEZIX, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

```
                                    /s/ David M. Offen
                                    David M. Offen
                                    Attorney for Debtor
                                    Suite 160 West, Curtis Ctr.
                                    601 Walnut Street
                                    Philadelphia, PA 19106
Dated: 10/22/18                          215-625-9600
```