IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Antoinette Bufford | : | No. 18-10106-AMC |
| Debtor | | |

ANSWER TO MOTION OF MIDFIRST BANK
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted some payments were missed. Debtor asks for a chance to get caught up.
7. Debtor is uncertain as to the exact amount.
9. Denied.
10. Admitted.
11. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/20/18