IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Antoinette Bufford | : | No. 18-10106-AMC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on December 20, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Kevin McDonald on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

12/20/18