**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Antoinette Bufford

                          Debtor(s)

---

MIDFIRST BANK

                    v.

Antoinette Bufford

                    and

William C. Miller Esq.

                      Trustee

Chapter 13

NO. 18-10106 AMC

## ORDER

      AND NOW, this 18th    day of  November     , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

      The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 537 East Tulpehocken Street Philadelphia, PA 19144.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

---

United States Bankruptcy Judge.

cc: See attached service list

Antoinette Bufford
537 East Tulpehocken Street
Philadelphia, PA 19144

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532