IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Antoinette Bufford ) | Chapter 13 |
| | Debtor ) | |
| | ) | No. 18-10106-AMC |
| | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor(s)

Date:2/13/20