United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Antoinette Bufford  
    Debtor

Case No. 18-10106-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Mar 04, 2020  
                     Form ID: pdf900     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
```
db             +Antoinette Bufford,    537 E Tulpehocken Street,    Philadelphia, PA 19144-1031
14058910        Educational Credit Management Corporation,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14075936       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14037122       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14037120       +E-mail/Text: bankruptcy@sccompanies.com Mar 05 2020 03:51:04     Amerimark Premier,
                 Po Box 2845,    Monroe, WI 53566-8045
14126650        E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:51     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14037121       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 05 2020 03:57:39     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14073917        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14074121        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14074025        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14075845        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:59:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14361578       +E-mail/Text: bankruptcy@philapark.org Mar 05 2020 03:51:59     Philadelphia Parking Authority,
                 701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
14075846        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:44
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of SKEEZIX, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14037123       +E-mail/Text: bankruptcy@sccompanies.com Mar 05 2020 03:52:03     Seventh Avenue,
                 Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14070467       +E-mail/Text: bankruptcy@sccompanies.com Mar 05 2020 03:52:03     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
                                                                                               TOTAL: 14
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                   Date Rcvd: Mar 04, 2020
                               Form ID: pdf900            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
        DAVID M. OFFEN   on behalf of Debtor Antoinette  Bufford dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Chapter 13
ANTOINETTE BUFFORD

Debtor     Bankruptcy No. 18-10106-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ANTOINETTE BUFFORD

537 E. TULPEHOCKEN STREET

PHILADELPHIA, PA 19144